MAYSO POWELL ET AL. v. ARMOUR FERTILIZER WORKS ET AL.

(Filed 11 October, 1933.)

**Guardian and Ward C b—**

> A guardian executed a note and deed of trust under an order made by the clerk without the approval of the judge. The judge later approved the order *nunc pro tunc*. *Held*, the defect was cured. C. S., 2180.

APPEAL by plaintiffs from *Barnhill, J.,* at Chambers, Rocky Mount, 18 March, 1933. From NASH.

Civil action by wards to have note and deed of trust signed by their guardian, under order of court, approved by the judge *nunc pro tunc,* declared null and void, heard upon facts agreed, which resulted in judgment of dismissal. Plaintiffs appeal.

*A. O. Dickens, M. S. Strickland and Finch, Rand & Finch for plaintiffs.*
*Cooley & Bone for defendant, Fertilizer Works.*

PER CURIAM. The judgment of the Superior Court is supported by the facts upon which it is agreed 'the rights of the parties depend.

The note and deed of trust were executed by the guardian pursuant to order of the clerk of the Superior Court, and before same was approved by the judge as required by C. S., 2180, but the judge's approval was later entered *nunc pro tunc*. This cured the defect. *Campbell v. Farley,* 158 N. C., 42, 73 S. E., 103. Compare *Mann v. Mann,* 176 N. C., 353, 97 S. E., 175.

Affirmed.